NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**U.S. RING BINDER, L.P.,**
*Plaintiff-Appellant,*

v.

**STAPLES THE OFFICE SUPERSTORE, LLC,
WORLD WIDE STATIONERY MANUFACTURING
CO., LTD., CHARLES LEONARD NATIONAL, INC.,
and CHARLES LEONARD WESTERN, INC.,**
*Defendants-Appellees.*

---

2010-1284

---

Appeal from the United States District Court for the Eastern District of Missouri in case no. 08-CV-0583, Magistrate Judge Thomas C. Mummert, III.

---

## ON MOTION

---

## ORDER

U.S. Ring Binder, L.P. moves without opposition for a 14-day extension of time, until June 15, 2010, to file its opening brief.

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 2 8 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  David L. Applegate, Esq.
Keith A. Rabenberg, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAY 2 8 2010

**JAN HORBALY**
**CLERK**